# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### (Greenbelt)

| | |
|---|---|
| In re: Nyisha Brown | Case No: 18-24933 |
| Debtor(s) | Chapter: 7 |

**REQUEST FOR NOTICE PURSUANT TO BANKRUPTCY RULE 2002 AND 9010**

PLEASE TAKE NOTICE THAT, Pinnacle Financial Group Inc ("Creditor") hereby gives notice as follows:

Pursuant to Bankruptcy Rule 2002 and 9010, Creditor hereby requests that:

(i)     all notices given or required to be given in the case; and
(ii)    all pleadings and correspondence served or required to be served in this case;

Regarding Creditor should be directed to Pinnacle Financial Group, Inc at the following mailing address effective immediately:

Pinnacle Financial Group, Inc
c/o LCS Financial Services Corporation
6782 S. Potomac St. #100
Centennial, CO 80112

This request encompasses all notices, copies and pleadings referred to in Rules 2002, 9007 or 9010 of the Bankruptcy Rules, including, without limitation, notices of any Orders, Motions, Demands, Complaints, Petitions, Pleadings, Requests, Applications, Schedules, Statements, Plans, and any other documents brought before this Court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telecopier, telex, or otherwise which affects or seeks to affect the above case.

| | |
|---|---|
| Dated: <u>January 17, 2019</u> | Respectfully Submitted,<br>/s/ <u>*Renee L Brinkley*</u><br>Renee L Brinkley<br>Bankruptcy Administrator III<br>LCS Financial Services Corporation,<br>6782 S. Potomac St. #100<br>Centennial, CO 80112<br>866-662-9087; Fax: 303-306-9449 |

File No. 517897

## **CERTIFICATE OF SERVICE**

    I, the undersigned, do hereby certify that a true and correct copy of the above and foregoing Request for Notice was forwarded to all parties of interest as listed below via electronic notification or First Class, U.S. Mail.

Debtor:
Nyisha Brown
599 Cawley Drive, Apt 3B
Frederick, MD 21703

Attorney:
Kim D Parker
2123 Maryland Ave
Baltimore, MD 21218

Trustee:
Cheryl Rose
9812 Falls Road # 114-334
Potomac, MD 20854-3963


Dated:  January 14, 2019


                                                              /s/ *Renee L Brinkley*
                                                              Bankruptcy Administrator III

File No. 517897